**Order filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01035-CV

———————

**KEVIN BOLLOCK, Appellant**

**V.**

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1003456**

## O R D E R

The notice of appeal in this case was filed November 30, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 8, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM